In the Matter of BECKIE GRODOFSKY, Respondent, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, and ALEX SANDERS, Appellant.

Argued June 3, 1952; decided July 15, 1952.

*Murray I. Sommer* and *Milton Sanders* for appellant.

*Hyman Krugman* for Beckie Grodofsky, respondent.

*John V. Browne* and *Robert H. Schaffer* for Joseph D. McGoldrick, as State Rent Administrator, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.